IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:11CV252 |
| | ) | |
| v. | ) | |
| | ) | |
| $10,000.00 IN UNITED STATES CURRENCY, | ) | MEMORANDUM AND ORDER |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED:

1)      The defendant's motion to continue, (filing no. 23), is granted.

2)      The trial of this case is continued and will be commence before the undersigned magistrate judge at 9:00 a.m. on July 16, 2012, or as soon thereafter as the case may be called, for a duration of one (1) trial day, in Courtroom 2, United States Courthouse, Lincoln, Nebraska.

DATED this 2nd day of May, 2012.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge