IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>vs.<br><br>$10,000.00 IN UNITED STATES CURRENCY,<br><br>             Defendant. | **8:11CV252**<br><br>**JUDGMENT OF DISMISSAL** |

The parties have filed a Stipulation outlining the terms of their agreement for complete and final resolution of this case. (Filing No. 28). The government and the claimant are represented by counsel. Upon review of the parties' filed stipulation:

IT IS ORDERED, ADJUDGED, and DECREED:

1) The parties' stipulation, (filing no. 28), is approved, and judgment is entered in accordance with its terms.

2) This action is dismissed with prejudice, each party to pay their own costs and attorney fees.

September 17, 2012.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge